IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TANES O. TORRES,**

    Plaintiff,

v.                                                                                              Civil Action No. **3:24CV639**

**D. WEGKAMP,**

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 22, 2024, the Court directed Plaintiff to pay an initial partial filing fee of $41.17 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Plaintiff, therefore, is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

Date: 14 January 2025
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge